UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryant Lutgens, | Case No. 18-cv-02634 (KMM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| County of Dakota, et al., | |
| Defendants. | |

Based upon the foregoing, IT IS HEREBY ORDERED AND ADJUDGED the abovecaptioned claim by Bryant Lutgens against the County of Dakota, Loren Hanson, Jalen Sneddeker, Katherine Forbes, and Ken Rodning is dismissed with prejudice, on the merits, with each party to bear its own costs and disbursements and attorneys' fees.

Dated: ___March 18, 2020____         _____/s/ Katherine M. Menendez_____
                                      Katherine M. Menendez
                                      MAGISTRATE JUDGE OF DISTRICT COURT